UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-244-T-23EAJ

JUNIOR ALVAREZ VERA

**FORFEITURE MONEY JUDGMENT AND
PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for:

(1) A Forfeiture Money Judgment in the amount of $28,000.00; and

(2) A Preliminary Order of Forfeiture for the following direct assets:

    a. $1,860.00 of United States currency recovered on May 29, 2014; and

    b. A 2010 Nissan Maxima, bearing VIN number 1N4AA5AP1AC815744.

Being fully advised of the relevant facts, the Court hereby finds that $28,000.00 was obtained from the drug trafficking conspiracy to which the defendant pled guilty.

The Court further finds that the $1,860.00 in currency and the Nissan Maxima represent proceeds of, and property that facilitated or was intended to facilitate, the drug trafficking conspiracy.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the defendant shall be held jointly and severally liable with co-defendant Andray Pimiento Cruz for a forfeiture money judgment in the amount of $28,000.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the direct assets identified above are hereby forfeited to the United States for disposition according to law. The net proceeds from the direct assets shall be credited toward the defendant's forfeiture money judgment.

It is FURTHER ORDERED that this shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute asset forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 10th day of November, 2014.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record