UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-CR-244-T-23EAJ

JUNIOR ALVAREZ VERA

and

Yaimarys Alvarez Vera,
    as Surety for Junior Alvarez Vera

## JUDGMENT OF DEFAULT

THIS CAUSE is before the Court on the United States' Motion for Judgment of Forfeiture of Bond (D-100).

On February 17, 2015, this Court, upon motion of the United States, entered an Order declaring forfeiture of the following bond posted by or on behalf of the defendant: a personal appearance bond posted by the defendant and his surety, Yaimarys Alvarez Vera, in the amount of $30,000.00. (D-98.) Forfeiture of the above-referenced bond has not been set aside. Upon consideration of the United States' Motion for Judgment of Default, and the Court being otherwise fully advised in the premises, it is hereby ORDERED that the United States' Motion for Judgment of Default is GRANTED.

WHEREFORE, judgment is hereby rendered in favor of the plaintiff, United States of America, and against YAIMARYS

ALVAREZ VERA, and jointly and severally against JUNIOR ALVAREZ VERA, in the amount of $30,000.00 for which let execution issue; and

WHEREFORE, post-judgment interest shall accrue on the total amount of the judgment ($30,000.00) at the rate prescribed by 28 U.S.C. § 1961 until paid in full.

ADJUDGED and so ORDERED this 25th day of March 2015, in Chambers at Tampa, Florida.

WILLIAM J. CASTAGNA
Senior United States District Judge

cc: Sheryl L. Loesch, Clerk United States District Court
Patrick Scruggs, Assistant United States Attorney

2